IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEWIS, | No. C 13-747 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Defendants. | |

The Court has dismissed this case without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 15, 2013

SUSAN ILLSTON
United States District Judge